# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KENAN ALLEN

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY & CORRECTIONS

NO. 2020 CW 1345

**MARCH 15, 2021**

---

In Re: Kenan Allen, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 23597.

---

**BEFORE: McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT